No. 09–10329. SUMMERS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 361 Fed. Appx. 539;

No. 09–10337. MARES-CALDERON *v.* UNITED STATES; and VARILLA-QUEVADO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 370 Fed. Appx. 518 (first judgment); 365 Fed. Appx. 583 (second judgment); and

No. 09–10438. HALTIWANGER v. UNITED STATES. C. A. 8th Cir. Reported below: 356 Fed. Appx. 918. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Carachuri-Rosendo* v. *Holder,* 560 U. S. 563 (2010). JUSTICE KAGAN took no part in the consideration or decision of these motions and these petitions.